JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Issa A. Adawiya, an individual,<br><br>          Plaintiff,<br><br>  vs.<br><br>County of Los Angeles, a California public entity, et al.<br><br>          Defendant. | Case No. CV 14-3039-MWF(VBKx)<br><br>**JUDGMENT** |

1

On February 25, 2015 Defendant County of Los Angeles filed an Offer of Judgment under Federal Rule of Civil Procedure 68. (Docket No. 29). Plaintiff filed a Notice of Acceptance of Offer of Judgment on the same day. (Docket No. 30).

In light of the foregoing and pursuant to Rule 68 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered against Defendant County of Los Angeles and in favor of Plaintiff Issa Adawiya;

2. The County of Los Angeles shall pay Issa Adawiya a sum of $9,000, including any liability for costs of suit and attorney fees; and

3. This Judgment shall not be an admission of liability by the County of Los Angeles.

DATED:  March 2, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge

2